IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EARNEST RAY BERNARD,

      Petitioner,

vs.                                            CASE NO. 5:05cv220/RS-AK

JOSE BARRON, JR.,

      Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 22). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petitioner for Writ of Habeas Corpus (Doc. 1) is denied.

3. This case is dismissed with prejudice.

4. The clerk is directed to close the file.

ORDERED on November 14, 2007.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**